Dismissed and Memorandum Opinion filed August 12, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00605-CV

____________

 

WILLIAM HARRIS, Appellant

 

V.

 

JOSHUA A. HARRIS AND SAW MILL TAVERN, Appellees

 



 

On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No. 2006-72298

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 30, 2010.  On July 28, 2010, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Anderson, Frost, and
Seymore.